ALLEN L. RAMSEY, complainant,

v.

PERTH AMBOY SHIPBUILDING AND ENGINEERING COMPANY, defendant.

WILLARD P. VOORHEES, receiver, &c., appellant,

v.

UNITED STATES OF AMERICA, claimant, respondent.

[Submitted December 9th, 1907.   Decided March 2d, 1908.]

On appeal from a decree of the former chancellor advised by Vice-Chancellor Stevens, whose opinion is reported in *72 N. J. Eq. (2 Buch.) 165.*

Mr. *Adrian Lyon* and Mr. *Frank P. McDermott,* for the appellant.

Mr. *John B. Vreeland,* United States attorney, and Mr. *Harrison P. Lindabury,* for the respondent.

PER CURIAM.

The decree under review will be affirmed, for the reasons set forth in the opinion delivered in the court of chancery by Vice-Chancellor Stevens.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, BOGERT, VROOM, GREEN, GRAY, DILL—13.

*For reversal*—None.